CHEATHAM v. GATES.

No. 1501.

Municipal Court of Appeals for the
District of Columbia.

Argued July 19, 1954.

Decided July 30, 1954.

Landon G. Dowdey, Washington, D. C.,
with whom Emmett Leo Sheehan, Washington, D. C., was on the brief, for appellant.

Harry H. Millard, Washington, D. C.,
with whom Robert A. Gingell, Washington,
D. C., was on the brief, for appellee.

Before CAYTON, Chief Judge, and
HOOD and QUINN, Associate Judges.

PER CURIAM.

This is another appeal from an intersectional collision between two automobiles.
The court, sitting without a jury, found in
favor of the appellee, plaintiff below, on
both the claim and counterclaim, and this
appeal follows.

It is contended by the appellant
that the court should have found from the
testimony that the appellee was contributorily negligent as a matter of law, or at
least contributorily negligent as a matter of
fact. With both of these contentions we
disagree. With the exception of the location and happening of the collision, the parties were in dispute as to all the material
facts, including distances, speeds, and
which car entered the intersection first.

It would serve no useful purpose to set
forth in detail the conflicting testimony because we are not the trier of the facts.
That is the responsibility and duty of the
trial judge. As we have had occasion to
say before, a finding of a trial judge on a
fact issue, supported by substantial evidence, cannot be disturbed on appeal.

Affirmed.